UNITED STATES BANKRUPTCY COURT

NORTHERN District of TEXAS

FORT WORTH DIVISION

In re BRIAN KIETH MIKULENCAK
REBECCA LYNN MIKULENCAK,
Debtor

Case No. 13-40007-MXM

Chapter 13

# Response to Notice of Final Cure Payment

**Name of Creditor:** Wells Fargo Bank, NA

**Last four digits** of any number you use to identify the debtor's account 2586

**Uniform Claim Identifier**: n/a

**Court Claim No. (if known):** 13

## Part 1: Status of Payments on Claim and Post-Petition Payments

**In response to the Trustee's Notice of Final Cure Payment, Creditor states that:**

**Section A: Status of Claim Amounts (Choose ONE in Section A)**

☒ As of 02/11/2016, Debtor(s) has paid in full the amount required to cure the default on the Creditor's claim.

- ☐ The Creditor contends that Trustee disbursement(s) totaling _____ have not yet been posted to the account. With the application of those funds, the Debtor(s) will have paid in full the amount required to cure the default on the Creditor's claim.

☐ As of _____, Debtor(s) has **not** paid in full the amount required to cure the default on the Creditor's claim.

- ☐ The Creditor contends that the amounts itemized in Part 2 below remain unpaid.
- ☐ The Creditor contends that Trustee disbursement(s) totaling _____ have not yet been posted to the account. With the application of those funds, the Debtor(s) will have paid in full the amount required to cure the default on the Creditor's claim.

**Section B: Status of Post-Petition Payment, Fees, Expenses and Charges (Choose ONE in Section B)**

☒ **Post-Petition Payments Paid by Debtor(s)**

- ☐ As of _____,the Creditor agrees that that Debtor(s) is current on all post-petition payments, fees, expenses and charges. Debtor(s) is due post petition for _____.
- ☒ As of 02/11/2016, the Creditor disagrees that the Debtor(s) is current on all post-petition payments, fees, expenses and charges. The Creditor contends that the post-petition payments, fees, expenses and charges itemized in Part 3 below remain unpaid.

☐ **Post-Petition Payments Paid by Trustee**

- ☐ As of _____,the Creditor agrees that the Debtor(s) is current with all post petition payments consistent with Section 1322(b)(5) including all fees, charges, expenses, escrow and costs. Debtor(s) is due post petition for _____.
  - ☐ The Creditor contends that Trustee disbursement(s) totaling _____ have not yet been posted to the account. With the application of those funds, the Debtor(s) will be current with all post petition payments thorugh the date of the Trustee's Notice consistent with Section 1322(b)(5) including all fees, charges, expenses, escrow and costs.
- ☐ As of _____, the Creditor disagrees that the Debtor(s) is current on all post-petition payments, fees, expenses and/or charges consistent with Section 1322(b)(5). The Creditor contends that the post-petition payments, fees, expenses and charges itemized in Part 3 below remain unpaid.

## Part 2: Itemization of Claim Amounts not Cured by Debtor(s)

| Description | Amount |
| --- | --- |
| **1. Late charges** | (1) _____ |
| **2. Non-sufficient funds (NSF) fees** | (2) _____ |

**3. Attorney's fees** (3) _____

**4. Filing fees and court costs** (4) _____

**5. Advertisement costs** (5) _____

**6. Sheriff/auctioneer fees** (6) _____

**7. Title costs** (7) _____

**8. Recording fees** (8) _____

**9. Appraisal/broker's price opinion fees** (9) _____

**10. Property inspection fees** (10) _____

**11. Tax advances (non-escrow)** (11) _____

**12. Insurance advances (non-escrow)** (12) _____

**13. Property preservation expenses** (13) _____

**14. Escrow shortage or deficiency (not included as part of any installment payment listed in line item 15)** (14) _____

**15. Past Due Payments**

_____ – _____ _____ installments at _____ $0.00
_____ – _____ _____ installments at _____ $0.00
_____ – _____ _____ installments at _____ $0.00
Past due payments prior to _____ in the total amount of _____
See attached for breakdown.

**Total payments due ►** (15) $0.00

**16. Other. Specify:** (16) _____

**17. Other. Specify:** (17) _____

**18. Unapplied Funds** (18) (_____)

**19. Total Claim Amounts not cured by Debtor(s). Add all of the amounts listed above.** (19) $0.00

## Part 3: Itemization of Post-Petition Payments, Fees, Expenses and Charges not Cured by Debtor(s)

| Description | Amount |
|---|---|
| **1. Late charges** | (1) _____ |
| **2. Non-sufficient funds (NSF) fees** | (2) _____ |
| **3. Attorney's fees** | (3) _____ |
| **4. Filing fees and court costs** | (4) _____ |
| **5. Advertisement costs** | (5) _____ |
| **6. Sheriff/auctioneer fees** | (6) _____ |
| **7. Title costs** | (7) _____ |
| **8. Recording fees** | (8) _____ |
| **9. Appraisal/broker's price opinion fees** | (9) _____ |
| **10. Property inspection fees** | (10) _____ |

**11. Tax advances (non-escrow)** (11) _____

**12. Insurance advances (non-escrow)** (12) _____

**13. Property preservation expenses** (13) _____

**14. Past Due Payments**

**Escrow advance on the account?**

☐ No

☒ Yes Escrow advance balance on the account is $3,689.10 and will be collected through the escrow portion of the ongoing monthly installments.

| | | | | | |
|---|---|---|---|---|---|
| 12/1/2014 – 2/1/2015 | 4 | installments at | $771.03 | $3,084.12 | |
| 3/1/2015 – 11/1/2015 | 9 | installments at | $773.31 | $6,959.79 | |
| 12/1/2015 – 2/1/2016 | 3 | installments at | $745.36 | $2,236.08 | |

Past due payments prior to _____ in the total amount of _____

See attached for breakdown.

**Total payments due ►** (14) $12,279.99

**15. Other. Specify:** (15) _____

**16. Other. Specify**: (16) _____

**17. Unapplied Funds** (17) ($457.05)

**18. Total post-petition payments, fees, expenses and charges not cured by Debtor(s).** (18) $11,822.94

Attorney for creditor (sig[nature]) [signature]

Attorney for creditor (print) Gordon W. Green

Bar registration number TX SBN 24083102

Company Aldridge Pite, LLP.

Address (1) 4375 Jutland Drive, Suite 200

Address (2) PO Box 17933 San Diego, CA 92117

Phone contact (858) 750-7600

Fax contact (619) 590-1385

Email contact ggreen@aldridgepite.com

# UNITED STATES BANKRUPTCY COURT

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: February 16, 2016

| | |
|---|---|
| Chapter 13 Trustee: | Tim Truman |
| Trustee Address: | 6851 N.E. Loop 820, Suite 300<br>N Richland Hills, TX 76180 |
| Trustee Email: | ftworthchapter13trustee-ecf@ch13ftw.com |
| Debtor's Counsel Name: | Leticia M. Evans |
| Debtor's Counsel Address: | Bailey & Galyen<br>1901 Airport Frwy.<br>Bedford, TX 76021 |
| Debtor's Counsel Email: | levans@galyen.com |
| Debtor's Counsel Name: | Christopher Marvin Lee |
| Debtor's Counsel Address: | Lee Law Firm, PLLC<br>Suite 510<br>8701 Bedford Euless Road<br>Hurst, TX 76053 |
| Debtor's Counsel Email: | ecf@leebankruptcy.com |
| Debtor's Counsel Name: | Ryan Casey Morris |
| Debtor's Counsel Address: | Lee Law Firm, PLLC<br>8701 Bedford Euless Road<br>Suite 510<br>Hurst, TX 76053 |
| Debtor's Counsel Email: | ecf@leebankruptcy.com |
| Debtor 1 Name: | Brian Keith Mikulencak |
| Debtor 2 Name: | Rebecca Lynn Mikulencak |
| Debtor's Mailing Address: | 500 Harrison Lane<br>Hurst, TX 76053 |

/s/ Gordon W. Green